**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01479-CR

## ZACHARIAH ARTHUR WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F13-53277-J

## ORDER

The Court **REINSTATES** the appeal.

On March 7, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On March 18, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 7, 2014 order requiring findings.

We note that State's Exhibit nos. 29 and 33, DVDs, were not electronically filed with the record. Accordingly, we **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 29 and 33.

Appellant's brief is due within forty-five days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kimberly Xavier, official court reporter, Criminal District Court No. 3, and to counsel for all parties.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE